UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| GREGORY PROKOPOWICZ,<br>Petitioner,<br>v.<br>CONTRA COSTA COUNTY SUPREME COURT,<br>Respondent. | Case No. 26-cv-05285-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Gregory Prokopowicz has not responded to my Order to pay the filing fee or to file an application to proceed in forma pauperis. (Dkt. No. 3.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Prokopowicz may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complete application to proceed in forma pauperis or full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 8, 2026

WILLIAM H. ORRICK
United States District Judge